IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| LARRY PALMER, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CV 111-009 |
| BETTY JEAN PALMER, et al., | ) ) | |
| Defendants. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Plaintiff's motion for a "Court ordered hold on all business and personal finances [of] [D]efendants" is **DENIED AS MOOT** (doc. no. 10), this case is **DISMISSED** without prejudice, and this case is **CLOSED**.

SO ORDERED this 23rd day of June, 2011, at Augusta, Georgia.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA